

The relief described hereinbelow is SO ORDERED.

Signed July 11, 2012.

_____

Ronald B. King
United States Chief Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

In Re:                                                                    Chapter 13
YESENIA Y. RAMIREZ

Debtor(s)                                                         Case No. 12-51404 K

ORDER CONFIRMING THE DEBTOR'S CHAPTER 13 PLAN

A hearing having been held pursuant to 11 U.S.C. §1324, no timely objection to confirmation having been filed, the Trustee having recommended confirmation, and the Court having waived the confirmation hearing;

**IT IS ORDERED THAT:**

1.   The Plan as filed on July 02, 2012 is confirmed, except as to the following modifications:

A.   STAIR STEP MOS 1-2 $435 MOS 3-60 $513

2.   The Plan, as confirmed, may be extended to 60 months for cause shown if the applicable commitment period is 36 months.

3.   Allowance of Attorney Fees: HACKER LAW FIRM has requested fees of $3,200.00 of which $2,070.00 was paid to Counsel prior to filing the petition.  The balance of $1,130.00 shall be paid by the Trustee pursuant to the Plan.

###