The relief described hereinbelow is SO ORDERED.

Signed September 25, 2014.

_____
Ronald B. King
United States Chief Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 12-51404 |
| | § | |
| YESENIA Y. RAMIREZ | § | |
| | § | |
| | § | |
| DEBTOR | § | CHAPTER 13 PROCEEDINGS |

**ORDER GRANTING DEBTOR'S MOTION TO MODIFY PLAN AND REQUEST FOR ADDITIONAL COMPENSATION**

Came on to be considered by the Court the Debtor's Motion to Modify Plan and Request for Additional Compensation.

The Court, having considered the Motion and finding that all parties have been given proper notice and opportunity for hearing on the Motion and upon consideration of the grounds set forth in the Motion, hereby GRANTS the motion.

IT IS, THEREFORE, ORDERED that the Debtor's Chapter 13 plan is hereby modified to exclude Bank of America as a creditor, Debtor entered into a home loan modification agreement in June 2014 which includes all arrears that are being paid in her Chapter 13 Plan. Trustee shall cease all payments made to Bank of America. The Debtor shall begin remitting the regular plan payment of $400.00 beginning in September 2014. The plan will be extended 60 months from confirmation and

pay approximately 100 percent to unsecured creditors. Payments to Creditors are as follows: Hacker Law Firm $100.00 monthly and Ally-Pro Rata.

IT IS FURTHER ORDERED that Attorney fees for the Motion to Modify in the amount of $500.00 are hereby approved to be paid to Debtors' attorney, the Hacker Law Firm as an administrative priority expense to be paid in compliance with the Judge's Order on Attorney fees. There is $0.00 post-confirmation money that has been awarded to the Hacker Law Firm and $0.00 attorney fees pending at the time of the filing of the Motion.

###

Hacker Law Firm
Paul Steven Hacker
11845 IH 10 West, Suite 400
San Antonio, Texas 78230
Tel.: (210) 595-2039
Fax: (210) 595-2037