UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 12-51404 K |
| | CHAPTER 13 |
| YESENIA Y. RAMIREZ | |
| | JUDGE RONALD B. KING |
| DEBTOR | **NOTICE OF FINAL CURE PAYMENT** |

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Mary K. Viegelahn files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** BANK OF AMERICA, NA

**Final Cure Amount**

| Court Claim # | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 3-2 | 1476 | $3,857.69 | $3,857.69 | $3,857.69 |
| Total Amount Paid by Trustee | | | | $3,857.69 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

__ Through the Chapter 13 Conduit      **X** Direct by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 12-51404 K

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 9th day of November, 2016.

YESENIA Y. RAMIREZ
1302 RANGE FIELD
SAN ANTONIO, TX  78245

HACKER LAW FIRM
11845 W INTERSTATE 10 STE 400
SAN ANTONIO, TX  78230

BANK OF AMERICA, NA
P O BOX 660933
DALLAS, TX  75266-0933

Bank Of America, N.a.
450 American St
Simi Valley, CA  93065

MACKIE WOLF ZIENTZ & MANN, P.C.
ATTN: MICHAEL ZIENTZ ATTORNEY
PACIFIC CENTER I, SUITE 660
14180 NORTH DALLAS PARKWAY
DALLAS, TX  75254

BANK OF AMERICA, N.A.
400 NATIONAL WAY
MAIL STOP CA6-919-01-23
SIMI VALLEY, CA  93065

United States Trustee

Date:  11/9/2016

/s/ Mary K. Viegelahn
Mary K. Viegelahn
Chapter 13 Trustee
10500 Heritage Blvd, Ste. 201
San Antonio, TX  78216